# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

Western Division

**FILED**

**JUN 2 7 2025**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___M M___ DEP CLK

Leslie A. Martin

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
**-v-**

Wake County Public School System

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 5:25-cv-377-D

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Leslie A. Martin |
| Street Address | 4021 Bella Park Trail Apt. #334 |
| City and County | Raleigh, Wake County |
| State and Zip Code | North Carolina 27613 |
| Telephone Number | (816) 721-6443 |
| E-mail Address | lam75e@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 8

Defendant

| | |
|---|---|
| Name | Wake County Public School System |
| Job or Title *(if known)* | |
| Street Address | 5625 Dillard Drive |
| City and County | Cary, Wake County |
| State and Zip Code | North Carolina 27518 |
| Telephone Number | (919) 431-7400 |
| E-mail Address *(if known)* | |

Case 5:25-cv-00377-BO-BM     Document 1     Filed 06/27/25     Page 2 of 8

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Carpenter Elementary School |
| Street Address | 2100 Morrisville Parkway |
| City and County | Cary, Wake County |
| State and Zip Code | North Carolina 27519 |
| Telephone Number | (919) 462-6780 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Between July 26th, 2023 through June 30th, 2024

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

  Epilepsy and Migraine _____

E.    The facts of my case are as follows.

Case 5:25-cv-00377-BO-BM    Document 1    Filed 06/27/25    Page 4 of 8

1. In Spring 2022, I applied for a position at Carpenter Elementary School in a traditional classroom setting.

2. I was reassigned to work in a Special Education Pre-Kindergarten classroom on or around June 26, 2023.

3. On August 29, 2023, I experienced a blow to the left side of my head and, afterwards, migraines.

4. I also suffer from epilepsy which arose from a brain tumor and two neurosurgeries around 2015.

5. I have been receiving treatment from a neurologist at UNC Health for some time.

6. My conditions are exacerbated by the kind of physical exertion, stress, and exposure to chaotic or high sensory environments found in special education at Carpenter Elementary School.

7. On October 20, 2023, I requested to be removed from the special needs classroom. I cited my disability and how it would hinder my performance in that setting.

8. WCPSS complied and I worked in a regular kindergarten classroom for the remainder of 2023-2024 year.

9. In Spring 2024, the kindergarten teacher I was assisting was moving to a first grade classroom the following year.

10. Mr. Newton Miller, Vice Principal, informed me that I was being reassigned to the exact same special needs classroom that I had been transferred out of due to my medical condition. He said there were no other positions.

11. I explained again to Mr. Miller my disability and limitations on my performance in the special needs setting.

12. I decided to file an accommodation request through human resources. I sent medical information from my epileptologist and filed the form.

13. The day after I filed the email, I was provided a job code by human resources for an instructional assistant position in a non-special education kindergarten classroom.

14. At this point, I wrongly assumed that the issue was resolved. My every action from this time onward was under scrutiny. What had once been cordial interactions with the staff and faculty became tense. I found myself put in positions monitoring the hallway and lunchroom, without assistance that used to be present, and my ability to perform simple tasks questioned. My peers felt empowered by the administration to provide me with instructions contrary to my doctor's guidance on multiple occasions.

15. On June 18, 2024, one special needs kindergarten teacher approached me and told me to cover her classroom which was understaffed.

16. I entered the room for a few minutes until another coworker came in, who I thought was there to relieve me.

17. I left the classroom because I was not supposed to be there from what WCPSS and I had agreed upon.

18. I was berated by multiple faculty members for leaving the classroom. They told me to return to the classroom.

19. I returned to the special needs room for about an hour.

20. Two days later, on June 20, 2024, I witnessed my annual evaluation altered by Mr. Miller.

21. My evaluation had originally been completed by Mr. Matthew Spirakus, and my performance was a series of "Accomplished" and "Proficient." Mr. Miller lowered the rating to "Developing" with no specifics provided.

22. Throughout the remainder of my time at WCPSS, the work environment had become hostile. On June 28, 2024, while setting up the new kindergarten classroom I was to work in, Mr. Miller brought the new teacher into the classroom, ignored my presence, and did not introduce me to her. His attitude toward me was dismissive and cold.

23. Soon after, I was called into his office and presented with a sub-standard annual evaluation that indicated a follow-on "Conditional Evaluation Needed" by Mr. Miller and Ms. Collins. In all areas that the rating of "Developing" was indicated, no specifics were provided of the exact nature of the deficiency annotated for development of a corrective plan.

24. I was targeted by WCPSS administration in a work environment in which not only did administration not protect me due to my disability or accommodation but also fostered and contributed to the very culture which was hostile to me.

25. On June 30, 2024, I sent WCPSS a letter resigning my position at Carpenter Elementary. I stated that I was constructively discharged and felt targeted for further retaliatory discipline based off my disability and inability to accept reassignment to a special needs classroom.

26. On or about October 17, 2024, I pursued my rights by filing a charge with Equal Employment Opportunity Commission explaining the situation above. The EEOC issued a right to sue letter on March 31, 2025.

### Failure to accommodate

27. I reallege and incorporate by reference each allegation in the foregoing paragraphs.

28. I have a disability within the meaning of the Americans with Disabilities Act due to my migraines and epilepsy.

29. WCPSS, through Mr. Miller, had actual notice of this disability on or around October 20, 2023.

30. While WCPSS initially granted an accommodation in the 2023-2024 schoolyear, it failed to grant a reasonable accommodation going into the 2024-2025 school year when it reassigned me to a special needs classroom.

31. After I reapplied for an accommodation through human resources, I was granted an accommodation. Still this was not honored in fact by the administration, nor did the administration take steps to effectuate that accommodation, evidenced by temporary placement in a special needs classroom on June 18, 2024.

32. The WCPSS only nominally granted my accommodation to not work in a special needs classroom. It violated my rights under the ADA.

### Discrimination

33. I reallege and incorporate by reference each allegation in the foregoing paragraphs.

34. I have a disability within the meaning of the Americans with Disabilities Act due to my migraines and epilepsy.

35. After seeking my accommodation again in May of 2024, I was faced with a hostile work environment facilitated by the WCPSS administration because of my disability.

36. I was competent in my performance, as evidence by my supervising teacher's positive performance evaluation.

37. My performance evaluation was lowered because of my disability and the WCPSS administration's prejudice against my disability.

### Retaliation

38. I reallege and incorporate by reference each allegation in the foregoing paragraphs.

39. I have a disability within the meaning of the Americans with Disabilities Act due to my migraines and epilepsy.

40. When I left the special needs classroom on June 18, 2024, I did so because of the accommodation I secured from WCPSS to refrain from working in a special needs classroom environment.

41. After I left the classroom, I was berated and bullied into returning to the classroom, and two days later, on June 20, 2024, WCPSS administration through Mr. Miller altered my performance negatively.

42. Upon information and belief, Mr. Miller altered my performance evaluation for the direct reason of my actions in line with my accommodation on June 18, 2024.

43. Thereafter, I was faced with hostility in my work environment, and I was placed on conditional evaluation due to my assertion of my accommodation.

### Constructive Discharge

44. I reallege and incorporate by reference each allegation in the foregoing paragraphs.

45. I have a disability within the meaning of the Americans with Disabilities Act due to my migraines and epilepsy.

46. Mr. Miller deliberately took action to lower my performance evaluation out of refusal to acknowledge my accommodation, prejudice against my disability, and retaliation against me acting according to my accommodation.

47. This action on Mr. Miller's behalf to set me on a track to demotion or termination created an objectively intolerable environment wherein I knew every act of mine was under scrutiny against a prejudiced party.

48. As such, I reasonably resigned from my position at WCPSS to escape the intolerable environment created by Mr. Miller and WCPSS administration.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**October 17, 2024**

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*    **03/31/2025** .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask this Court to grant me relief in the amount of $79,800 for compensation of back pay and front pay and mental anguish.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/27/2025

Signature of Plaintiff    *Leslie A. Martin*

Printed Name of Plaintiff    Leslie A. Martin

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address