## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA -- WESTERN DIVISION
Civil Action No.5:25-CV-377-D

| | |
|---|---|
| LESLIE A. MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>WAKE COUNTY PUBLIC SCHOOL SYSTEM,<br><br>Defendant. | **DEFENDANT BOARD'S MOTION TO DISMISS COMPLAINT** |

Defendant Wake County Board of Education (herein "the Board"), by and through counsel, moves this Court pursuant to Rules 12(b)(2), 12(b)(4), and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss all claims against the Wake County Public School System in this action.[1] Pursuant to Local Rules 7.1(d) and 7.2, E.D.N.C., a Memorandum of Law in Support of this motion is being submitted contemporaneously with this motion. In support of this Motion, the Board shows the Court the following:

1. Plaintiff's Complaint asserts claims based upon: (1) discrimination in violation of the Americans with Disabilities Act ("ADA"); (2) retaliation in violation of the ADA; (3) failure to accommodate in violation of the ADA; and (4) constructive discharge based on disability in violation of the ADA.

---

[1] As is discussed in the Memorandum of Law in Support of the Board's Motion to Dismiss Complaint, the Wake County Board of Education ("the Board") is the legal entity capable of suing and being sued related to the operation of the Wake County Public School System ("WCPSS"). Plaintiff improperly named the WCPSS as defendant in the Complaint. The Board is responding on behalf of WCPSS.

2. Plaintiff has failed to name a proper entity as defendant because the Complaint lists as defendant the "Wake County Public School System" rather than the proper body corporate, the "Wake County Board of Education." This fact warrants dismissal under Fed. R. Civ. P. 12(b)(4) for insufficient process and Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.

3. Plaintiff has failed to exhaust administrative remedies with respect to her failure to accommodate claim against the Board, as Plaintiff has alleged facts in her Complaint that were not included in her original EEOC Charge. The contents of an EEOC charge determine the scope of a plaintiff's right to maintain an ADA claim in federal court. *See Sydnor v. Fairfax County, VA*, 681 F.3d 591, 593–94 (4th Cir. 2012); *Chacko v. Patuxent Inst.*, 429 F.3d 505, 509 (4th Cir. 2005). Plaintiff's failure to accommodate claim should accordingly be dismissed under Rule 12(b)(6).

4. Plaintiff has failed to state plausible claims of discrimination, retaliation, failure to accommodate, and constructive discharge against the Board for violation of the ADA, 42 U.S.C. § 12101, *et seq.*, and has failed to state any claim upon which relief may be granted. Plaintiff's Complaint should accordingly be dismissed in its entirety pursuant to Rule 12(b)(6).

In support of its Motion to Dismiss, the Board relies on the Complaint filed on June 27, 2025; the EEOC Charge filed on October 17, 2024; and the right to sue letter issued by the EEOC on March 31, 2025. The EEOC Charge and the right to sue letter were attached to Plaintiff's Complaint.

Based on the foregoing, and for the reasons stated in the memorandum filed herewith, the Board respectfully requests that this Court dismiss with prejudice all claims in this action.

This the 10th day of September 2025.

Respectfully submitted,

THARRINGTON SMITH, L.L.P.

*/s/ Jack Salt*
Jack Salt, N.C. State Bar No. 62640
Stephen G. Rawson, N.C. State Bar No. 41542
THARRINGTON SMITH, L.L.P.
150 Fayetteville Street, Ste 1900
Post Office Box 1151
Raleigh, North Carolina 27602
Telephone: (919) 821-4711
Fax: (919) 829-1583
Email: jsalt@tharringtonsmith.com
           srawson@tharringtonsmith.com
*Attorneys for Defendant Wake County Board of*
*Education*

<u>**CERTIFICATE OF SERVICE**</u>

IT IS HEREBY CERTIFIED that a copy of the foregoing **DEFENDANT BOARD'S MOTION TO DISMISS** was electronically filed with the Clerk of the Court using CM/ECF, which will give notification of such to the following:

Leslie A. Martin
4021 Bella Park Trail Apt. #334
Raleigh, NC 27613
Lam75e@gmail.com
*Plaintiff*

This the 10th day of September 2025.

THARRINGTON SMITH, L.L.P.

*/s/ Jack Salt*
Jack Salt, N.C. State Bar No. 62640
Stephen G. Rawson, N.C. State Bar No. 41542
THARRINGTON SMITH, L.L.P.
150 Fayetteville Street, Ste 1900
Post Office Box 1151
Raleigh, North Carolina 27602
Telephone: (919) 821-4711
Fax: (919) 829-1583
Email: jsalt@tharringtonsmith.com
            srawson@tharringtonsmith.com
*Attorneys for Defendant Wake County Board of Education*